UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRYST ZAWADZKI,<br><br>        Plaintiff,<br><br>  -against-<br><br>DEPT. OF JUSTICE,<br><br>        Defendant. | 22-CV-1068 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued February 10, 2022, dismissing this action without prejudice to any civil action that Kryst Zawadzki may wish to bring in the future,

  IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice to any civil action that Kryst Zawadzki may wish to bring in the future.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Kryst Zawadzki at the address listed on the court's docket, and to Young Yil Jo, at 1932 East Washington Boulevard, Pasadena, California 91104, his address of record in *In re Young Yil Jo*, ECF 1:14-CV-7793 (S.D.N.Y.), and note service on the docket.

SO ORDERED.

Dated: February 10, 2022
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge